HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda.allison@fd.org

Attorney for Defendant
JACQUELINE NNAMATA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACQUELINE NNAMATA<br><br>Defendant. | NO.  2:22-PO-00270-CKD-1<br><br>**WAIVER OF APPEARANCE**<br><br>DATE:   October 20, 2022<br>TIME:    9:30 AM<br>JUDGE:  CAROLYN K. DELANEY |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, JACQUELINE NNAMATA, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, specifically, appearances for any hearing regarding imposition of judgment and sentencing or modification of conditions of supervised release.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may

fix the defendant's absence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: 10/19/2022

                                                 */s/ Jacqueline Nnamata*
                                                 JACQUELINE NNAMATA

I agree and consent to my Client's waiver of appearance.

Dated: 10/19/2022

                                                 */s/ Linda C. Allison*
                                               LINDA C. ALLISON
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               JACQUELINE NNAMATA

IT IS SO ORDERED.

Dated: October 20, 2022

                                             CAROLYN K. DELANEY
                                             UNITED STATES MAGISTRATE JUDGE